STATE EX REL. ARK. PUBLICITY & PARKS COMM. *v.*
WOODWARD.

5-1479                                          310 S. W. 2d 803

Opinion delivered March 10, 1958.

*Bruce Bennett, Atty. General; Russell J. Wools, Asst. Atty. Gen'l.,* for appellant.

*Hugh M. Bland* and *Shaw, Jones & Shaw,* for appellee.

ED. F. MCFADDIN, Associate Justice. The appeal herein must be dismissed because of lack of a final and appealable order.

Woodward filed suit to quiet title to certain lands; and the Arkansas Publicity and Parks Commission (hereinafter called "Commission") demurred to the complaint. The Court overruled the demurrer in an order which reads:

"IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED, AND DECREED that the demurrers of the defendant be and the same are hereby overruled since the Court has jurisdiction of the parties and subject matter herein and the defendants are given 20 days to file an answer to the amended complaint of the plaintiff. The defendants objected to the action of the Court and asked that their objections be noted of record and the same is hereby done."

From the foregoing copied order the Commission has attempted this appeal. In *Radford* v. *Samstag,* 113 Ark. 185, 167 S. W. 491, an appeal was attempted from an order overruling a demurrer to the complaint. We said: "The chancery court in overruling the demur-

rer did not adjudge the rights of the parties, and consequently there was no final order from which an appeal could be taken." In *Arkansas State Board of Architects* v. *Larsen,* 226 Ark. 536, 291 S. W. 2d 269, we reviewed many of our cases, all to the effect that when there is no final order, an appeal will not lie.

Therefore, the appeal is dismissed.